**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KENDYL JEAN ELIZABETH TORRES; AKA KENDYL TORRES; AKA KENDYL GUNSALLUS; AKA KENDYL JEAN ELIZABETH GUNSALLUS; AKA KENDYL JEAN GUNSALLUS; AKA KENDYL JEAN TORRES; AKA KENDYL J TORRES,<br><br>Debtor<br><br>KENDYL JEAN ELIZABETH TORRES,<br><br>Movant<br><br>CACL FEDERAL CREDIT UNION,<br><br>Respondent. | CHAPTER 7<br><br>Case No. 4:26-bk-02267 |

**DEBTOR'S MOTION FOR A RULE 2004 EXAMINATION OF CACL FEDERAL CREDIT UNION**

Movant respectfully requests, pursuant to Federal Rule of Bankruptcy Procedure 2004(a), an order compelling Respondent's examination under oath and alleges as follows:

1. Under Fed. R. Bankr. P. 2004 the Court may order an examination that relates, *inter alia*, to a debtor's property or financial condition.
2. Pre-petition, Respondent repossessed Movant's vehicle.
3. An examination of Respondent could enable Movant to determine whether Respondent violated various laws in connection with the repossession and any sale of the vehicle.
4. To account for the possible existence of such a claim, Movant listed a potential claim against Respondent on Schedule A/B. (See Doc. 1.)
5. An examination under Federal Rule of Bankruptcy Procedure 2004 would be proper because it would inquire into Debtor's above-described property.

6. To make the examination more productive, Movant respectfully requests that any documents that Respondent produces be provided fourteen days before the examination to allow Movant time to prepare.

WHEREFORE, Movant respectfully requests that the Court enter an Order compelling an examination under oath of Respondent with respect to the documents and topics identified in the notice attached as Exhibit A, and that the Court order Respondent to comply with the duces tecum portion of the notice at least 14 days before the date set for the examination.

/s/ Carlo Sabatini

Carlo Sabatini, Attorney for Movant
Bar Number PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com