**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KENDYL JEAN ELIZABETH TORRES; AKA KENDYL TORRES; AKA KENDYL GUNSALLUS; AKA KENDYL JEAN ELIZABETH GUNSALLUS; AKA KENDYL JEAN GUNSALLUS; AKA KENDYL JEAN TORRES; AKA KENDYL J TORRES,<br><br>Debtor<br><br>KENDYL JEAN ELIZABETH TORRES,<br><br>Movant<br><br>CACL FEDERAL CREDIT UNION,<br>Respondent. | CHAPTER 7<br><br>Case No. 4:26-bk-02267 |

**NOTICE**

The Debtor filed *Debtor's Motion for a Rule 2004 Examination of CACL Federal Credit Union* on September 18, 2026.

If you object to the relief requested, you must file your objection/response on or before 14 days from the date of this notice with the Clerk of the United States Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 S. Main St., Wilkes-Barre, PA 18701.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Date: September 18, 2026

s/Carlo Sabatini
Carlo Sabatini, PA 83831
Attorney for Movant
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
ecf@bankruptcypa.com