**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KENDYL JEAN ELIZABETH TORRES; AKA KENDYL TORRES; AKA KENDYL GUNSALLUS; AKA KENDYL JEAN ELIZABETH GUNSALLUS; AKA KENDYL JEAN GUNSALLUS; AKA KENDYL JEAN TORRES; AKA KENDYL J TORRES,<br><br>Debtor<br><br>KENDYL JEAN ELIZABETH TORRES,<br><br>Movant<br><br>CACL FEDERAL CREDIT UNION,<br>Respondent. | CHAPTER 7<br><br>Case No. 4:26-bk-02267<br><br>Debtor's Motion for a Rule 2004 Examination of CACL Federal Credit Union |

**ORDER**

Upon consideration of *Debtor's Motion for a Rule 2004 Examination of CACL Federal Credit Union,* it is hereby ORDERED that the motion is GRANTED. Respondent shall submit to a *duces tecum* examination to be conducted by Movant pursuant to Bankruptcy Rule 2004. The examination shall be governed by the examination notice attached as Exhibit A to the underlying motion. Respondent shall produce the requested documents no later than fourteen days before the date of the examination. By written agreement, the parties may change the date, time, location and manner of recording the examination without further order of this Court.