**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KENDYL JEAN ELIZABETH TORRES,<br><br>Debtor<br><br>KENDYL JEAN ELIZABETH TORRES,<br><br>Movant<br><br>CACL FEDERAL CREDIT UNION,<br>Respondent. | CHAPTER 7<br><br>Case No. 4:26-bk-02267 |

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Papers Served: | • Debtor's Motion for a Rule 2004 Examination of CACL Federal Credit Union<br>• Notice<br>• Proposed Order | |
|---|---|---|
| **Name and Address of Recipient:** | **Entity the Recipient Represents (if applicable)** | **Method of Service** |
| Attn.: Officer, Manager, or General Agent<br>CACL Federal Credit Union<br>1800 West Market Street<br>Pottsville, PA 17901-2002 | | United States Mail – Certified, Return Receipt Requested |
| Attn.: Officer, Manager, or General Agent<br>CACL Federal Credit Union<br>1816 W Market St.<br>Pottsville, PA 17901 | | United States Mail – Certified, Return Receipt Requested |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: September 18, 2026


s/Ashley Weisenfluh
Ashley Weisenfluh, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769