**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KENDYL JEAN ELIZABETH TORRES;** | **:** | **Case No. 4:26-bk-02267** |
| **AKA KENDYL TORRES;** | **:** | |
| **AKA KENDYL GUNSALLUS;** | **:** | |
| **AKA KENDYL JEAN ELIZABETH GUNSALLUS;** | **:** | |
| **AKA KENDYL JEAN GUNSALLUS;** | **:** | |
| **AKA KENDYL JEAN TORRES;** | **:** | |
| **AKA KENDYL J. TORRES,** | **:** | |
| **Debtor** | **:** | |
| | **:** | |
| **KENDYL JEAN ELIZABETH TORRES,** | **:** | |
| **Movant** | **:** | |
| | **:** | |
| **CACL FEDERAL CREDIT UNION,** | **:** | |
| **Respondent** | **:** | **CHAPTER 7** |

# ORDER

**AND NOW**, this ____ day of ________________ , 2026, upon consideration of the Debtor's Motion for a Rule 2004 Examination and CACL Federal Credit Union's Answers and Objections to the Motion, it is hereby **ORDERED** that the Debtor's Motion for a Rule 2004 Examination is **DENIED**.

**BY THE COURT**,

_______________________________ , J.