CACL
FEDERAL CREDIT UNION

| | |
|---|---|
| | **Account Number** |
| | 181007 |
| **Vehicle Description** | **Vin Number** |
| 2017 Chevrolet Sonic | 1G1JF6SB2H4156350 |

Kendyl Gunsallus
102 Moosic Heights
Avoca, PA 18641

2/3/26

Dear Kendyl,

You are immediately notified in writing, by Personal Service/Certified Mail/Registered Mail, that the above described motor vehicle has been recovered by CACL Federal Credit Union in accord with its rights under your installment sale contract as a result of your failure to make payments. This notice is given to you at your last known address, of record, with the Credit Union. You have the right to reinstate the contract and redeem (recover possession) of this motor Vehicle.

This vehicle will be held for 15 days from the date of this letter at 1800 W Market St., Pottsville PA 17901 or a local private storage lot [if so, described below].

Reinstatement and redemption is accomplished if you pay the delinquent loan balance of $1.378.09 & repossession costs of $775.00 plus any additional costs, i.e. attorney fees, storage fees or additional payments/late fees on your loan owed to CACL Federal Credit Union. The total amount of money needed to redeem your vehicle is, therefore $2,153.09 to pay off your obligation, in full, the mount due as of the date of this letter 02/03/2026, and will be good for this 15-day period. You need not pay off the loan to redeem the vehicle.

Failure to redeem or pay off the loan will result in the Credit Union selling this motor vehicle. This is your notice of the Credit Union's intention to sell the motor vehicle if it is not redeemed or the loan is not paid off. If you intend to redeem or pay off the obligation, you need to contact the Credit Union officer that has signed this letter, by telephone at 570-628-2400, extension 112, or in person at 1800 West Market Street, Pottsville PA.

Upon the expiration of the 15-day period, the automobile will be stored at a private storage lot or at the CACL branch office until sold. Any personal effects removed from the vehicle will be stored at 1800 West Market St., Pottsville, PA 17901 for 30 days. Again, CACL Federal Credit Union's phone number is 570-628-2400 ext. 410.

In the event that the vehicle is not redeemed or the debt is not paid off, we will proceed with the sale of the vehicle within a reasonable time after the 15-day period. The vehicle will either be sold privately, at a local dealership lot or at auction in a commercially reasonable manner. You may contact us for the precise location and time of sale of the vehicle. Public auctions by Manheim Auto Auction, are located at 488 Firehouse Rd, Grantville PA or 1190 Lancaster Rd., Manheim, PA. Again, contact the undersigned for further information.

Proceeds (monies received) from the sale of the vehicle will be applied to your loan. Any costs incurred in the disposition of the vehicle will be added to your loan. If there is a deficiency balance, you will be responsible for this amount. This means that you could still have a significant loan obligation after the sale of the motor vehicle if the sale does not produce enough monies to clear your obligation plus disposition costs.

To redeem/recover any personal effects from this vehicle, you have 30 days to contact my office. If you have any questions concerning this matter, please feel free to contact me at 570-628-2400 ext. 410 as soon as possible.

Total monies owed as of date above:

| | |
|---|---|
| **Principle/Interest** | $ 1,253.09 |
| **Late Fees** | $ 125.00 |
| **Repo Prep Fees** | $ 50.00 |
| **Repo/Storage Fees** | $ 725.00 |
| **Total Owed:** | $2,153.09 |

Sincerely,

*Cheyenne Gerber*

Cheyenne Gerber, Collections Manager

CG/BL

NCUA

Exhibit "A"