CACL
FEDERAL CREDIT UNION

July 1, 2026

Kendyl Gunsallus
102 Moosic Heights
Avoca, PA 18641-9502

## NOTICE OF SALE OF COLLATERAL AND POSSIBLE DEFICIENCY

Dear Kendyl Gunsallus,
Because you defaulted on your loan, we repossessed the 2017 Chevrolet Sonic VIN: 1G1JF6SB2H4156350 securing the loan. We sold the collateral on 4/9/2026.

| | | |
|---|---|---|
| **The deficiency is:** | **$** | **5,162.05** |

Here is how we calculated that amount.

| | | |
|---|---|---|
| **Total amount due at the time of repossession:** | **$** | **8,718.59** |
| Less Refund of Unearned Interest | $ | 0.00 |
| Less Unearned Credit Insurance | $ | 0.00 |
| Less Insurance Proceeds | $ | 0.00 |
| Less Payments Received Prior to deficiency notice: | $ | 0.00 |
| **Net amount due to Lender prior to sale** | **$** | 8,718.59 |
| **Proceeds of the sale** | **$** | 5,257.00 |
| **Net amount due to Lender after the sale** | **$** | 3,461.59 |
| **Expenses of Sale** | | |
| Repossession Expenses | $ | 1,210.00 |
| Preparation for Repossession | $ | 50.00 |
| Legal Processing Fee (if not paid before filing) | $ | 50.00 |
| Additional Losses to Credit Union Share | $ | 0.00 |
| Accrued Interest due to Credit Union | $ | 245.46 |
| Accrued Fees due to Credit Union | $ | 145.00 |
| **Total Expenses** | **$** | 1,700.46 |
| **Total Deficiency** | **$** | 5,162.05 |

If you have any questions or wish for additional information or accounting for the account, you may call us at 570-628-2400 ext. 410 or write us at 1800 W. Market St., Pottsville PA 17901.

Exhibit "B"