**CACL FEDERAL CREDIT UNION**

1800 West Market Street
Pottsville, PA. 17901

570. 628. 2400

COLLECTIONS@CACLFCU.ORG

August 18, 2026

Kendyl Gunsallus
102 Moosic Heights
Avoca PA 18641-9502

**Re:** Acknowledgment of Chapter 7 Bankruptcy Filing
**Account Number:** 181007
**Case Number:** 4:26-bk-02267-MJC

Dear Kendyl Gunsallus,

We are writing to acknowledge receipt of the Chapter 7 Bankruptcy filing associated with your account. Our records indicate that your petition was filed on August 11, 2026 in the Middle District of Pennsylvania Bankruptcy Court.

We have updated your account to reflect the bankruptcy status and notified the appropriate internal departments to ensure compliance with bankruptcy requirements, including the automatic stay.

All communication regarding any debts included in the bankruptcy will be directed through your attorney and handled in accordance with applicable bankruptcy laws. For our records, we have the following attorney information on file:

**Attorney Name:** Carlo Sabatini
**Attorney Phone:** (570) 341-9000
**Attorney Email:** usbkct@bankruptcypa.com

Please note that access to accounts included in the bankruptcy may be restricted in accordance with legal and regulatory obligations. Accounts not included in the bankruptcy may remain available, provided they are in good standing.

If you have questions regarding your bankruptcy filing or its impact, please consult your attorney directly. If your attorney requires information from us, they may contact our Collections Department at 570-628-2400 ext. 410 or collections@caclfcu.org.

Thank you for your attention to this matter.

Sincerely,

Cheyenne Copeland

Cheyenne Copeland
Collections Manager
CACL Federal Credit Union
570-628-2400 ext. 112 or ccopeland@caclfcu.org