CACL
FEDERAL CREDIT UNION

1800 West Market Street
Pottsville, PA. 17901

570. 628. 2400

COLLECTIONS@CACLFCU.ORG

August 20, 2026

Carlo Sabatini
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

**Re:** Chapter 7 Bankruptcy Filing
**Member:** Kendyl Jean Elizabeth Torres (Gunsallus)
**Case Number:** 4:26-bk-02267-MJC

Dear Attorney Sabatini,

Please find enclosed a copy of the Credit Union's acknowledgment of the above-referenced Chapter 7 bankruptcy filing for your client. This correspondence confirms receipt of the filing, outlines the actions taken to update account status, and provides contact information for any necessary follow-up.

This notice is being provided in accordance with our internal procedures following receipt of bankruptcy notification.

Should you require any additional information or documentation regarding your client's accounts with the Credit Union, please feel free to contact our office directly.

Sincerely,

Cheyenne Copeland

Collections Manager
CACL Federal Credit Union
570-628-2400 ext. 112
ccopeland@caclfcu.org

Enclosure: Bankruptcy Acknowledgment Letter