# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | | |
| **Kendyl Jean Elizabeth Torres,** | **CHAPTER** | **7** |
| | **CASE NO.** | **4:26-bk-02267-MJC** |
| **Debtor** | **ADV. NO.** | |
| | **NATURE OF PROCEEDING:** | **Motion for Rule 2004 Exam** |
| **Kendyl Jean Elizabeth Torres,** | **DOCUMENT No.** | **11** |
| **Movant** | | |
| **vs.** | | |
| **CACL Federal Credit Union,** | | |
| **Respondent** | | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☐ Thirty (30) days.

☐ Forty-five (45) days.

☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 15, 2026

s/Carlo Sabatini

Attorney for: Debtor/Movant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.